**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**JASON LIGGINS,**

                            **Plaintiff,**

      **vs.**                                                    **6:14-CV-446**

**CITY OF UTICA,**

                            **Defendant.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**


**DECISION & ORDER**

**I.    INTRODUCTION**

This *pro se* action brought pursuant to 42 U.S.C. § 1983 was referred to the Hon. Andrew T. Baxter, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c). No objections to Magistrate Judge Baxter's Order and Report-Recommendation [dkt. # 8] have been filed, and the time to do so has expired.

**II.    DISCUSSION**

After examining the record, this Court has determined that the Order and Report-Recommendation is not subject to attack for plain error or manifest injustice.

**III.    CONCLUSION**

Accordingly, the Court **ADOPTS** the Order and Report-Recommendation [dkt. # 8] for the reasons stated therein. The complaint is **DISMISSED WITHOUT PREJUDICE**

1

**FOR FAILURE TO STATE A CLAIM** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**IT IS SO ORDERED.**

**Dated:** December 23, 2014

Thomas J. McAvoy
Senior, U.S. District Judge